ANN LINN SCHWARTZ, PLAINTIFF-PETITIONER, v. BERNARD A. SCHWARTZ, DEFENDANT-RESPONDENT.

See same case below: 68 *N. J. Super.* 223.

*Mr. Ervan F. Kushner* and *Mr. Robert Kleiner* for the petitioner.

October 16, 1961.   Denied.

GERRY G. DREISBACH, ET AL., PLAINTIFFS-RESPONDENTS, v. WILLIAM F. RUFF, DEFENDANT-PETITIONER.

*Mr. Paul Colvin* for the petitioner.

*Mr. Joseph P. Hanrahan* for the respondents.

October 30, 1961.   Denied.